1054

[No. 46650-3-II.  Division Two.  July 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ELGEN EUGENE BOWSER-MCCOY, *Appellant*.

*Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Sutton, J.

[No. 32063-4-III.  Division Three.  July 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. AMEL W. DALLUGE, *Appellant*.

*Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

[No. 32097-9-III.  Division Three.  July 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL R. WILLIAMS, *Appellant*.

*Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.